# UNITED STATES BANKRUPTCY COURT

## FOR THE

## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

In the Matter of:

HELEN T. MCINTOSH

Chapter 13

Case No. 18-13079-KHK

Debtor

## MOTION TO DISMISS, NOTICE OF MOTION TO DISMISS AND NOTICE OF SCHEDULED HEARING ON THIS MOTION

Thomas P. Gorman, Chapter 13 Trustee, has filed this motion to dismiss your Chapter 13 case. The cause for this motion is as follows:

**Violation of 11 U.S.C. §109(e) – Exceeds Statutory Debt Limit.** Debtor is over the secured debt limit of $1,184,200.00 under 11 U.S.C. §109(e).

**Violation of 11 U.S.C. §1307(e) & §1308(a) – Failure to File Tax Returns at Time of 341.** According to filed Internal Revenue Service Proof of Claim (Claim #1), Debtor has not filed 2017 tax returns.

**Violation of Bankruptcy Rule 4002(b)(1) and 11 U.S.C. §521(a)(3) –** Failure to cooperate with the Office of the Chapter 13 Trustee. Failure of the Debtor to produce verification of her Social Security number at her October 23, 2018 Section 341 Meeting of Creditors.

**Violation of 11 U.S.C. §1307(c)(4) – Failure to Commence making Plan Payments.**
- Debtor has not yet made her first Plan payment.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not wish the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before five business days prior to the hearing date, you or your attorney must:

**Notice and Motion to Dismiss**
Helen T. McIntosh, Case #18-13079-KHK

File with the court a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(H). Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing. If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before five business days prior to the scheduled hearing. You must mail a copy to the persons listed below.

***Attend the hearing to be held on November 29, 2018 at 9:30 a.m., in Courtroom III on the 3rd floor, United States Bankruptcy Court, 200 South Washington Street, Alexandria, VA 22314.*** If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.

A copy of any written response must be mailed to the following persons:

>Thomas P. Gorman
>300 North Washington Street, Ste.400
>Alexandria, VA 22314

>Clerk of the Court
>United States Bankruptcy Court
>200 South Washington Street
>Alexandria, VA 22314

If you or your attorney do not take steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date: _November 2, 2018_____           __/s/ Thomas P. Gorman_____
                                       Thomas P. Gorman
                                       Chapter 13 Trustee
                                       300 N. Washington Street, #400
                                       Alexandria, VA 22314
                                       (703) 836-2226
                                       VSB 26421

**Notice and Motion to Dismiss**
Helen T. McIntosh, Case #18-13079-KHK

## CERTIFICATE OF SERVICE

I hereby certify that I have this 2nd day of November, 2018, served via ECF to authorized users or mailed a true copy of the foregoing Motion to Dismiss, Notice of Motion and Notice of Hearing to the following parties.

| | |
|---|---|
| Helen T. McIntosh | Tommy Andrews, Jr., Esq. |
| Chapter 13 Debtor | Attorney for Debtor |
| 4915 Virginia St. | 122 N. Alfred St. |
| Alexandria, VA 22312 | Alexandria, VA 22314 |

                                                 __/s/ Thomas P. Gorman_____
                                                 Thomas P. Gorman